IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **LARON DAWN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No.: 2:14-cv-4104-NKL ) |
| **HVM L.L.C., d/b/a EXTENDED STAY AMERICA,** | ) ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Laron Dawn, HVM, L.L.C., and ESA Management, LLC,[1] move the Court to enter an order:

1. Preliminarily approving the Settlement Agreement negotiated by the parties;

2. Conditionally certifying the Disclosure Class set forth in the Settlement Agreement and defining the Disclosure Class as:

> All applicants and/or employees, between March 7, 2012 and June 1, 2014, at the Tiffany Springs Extended Stay America Location, at 9701 N. Shannon Avenue, Kansas City, Missouri, 64153, from whom HVM or ESA Management, LLC obtained written consent, using solely a Candidate Release Authorization, to obtain a Consumer Report and upon whom HVM or ESA Management, LLC subsequently obtained a Consumer Report subject to the consent;

3. Designating the Named Plaintiff, Laron Dawn, as a representative for the Disclosure Class and his attorneys as Class Counsel;

4. Approving the form and manner of the class notice;

---

[1] As part of the Settlement Agreement, Plaintiff has agreed to file a Second Amended Complaint, naming ESA Management, LLC as an additional defendant.

5. Granting consent for Plaintiff to file a Second Amended Complaint as set forth in the Settlement Agreement;

6. Setting a date for a final fairness hearing; and

7. Pending the outcome of a final fairness hearing, preliminarily enjoining all members of the Disclosure Class from commencing, prosecuting, or maintaining any claim already asserted in and encompassed by this Action.

8. A proposed order will be emailed to the Court Clerk.

WHEREFORE, the parties request the Court grant their Motion for Preliminary Approval of the Class Action Settlement.

| | |
|---|---|
| /s/ C. Jason Brown | /s/ Charles E. Reis |
| Charles Jason Brown #49952 | Charles E. Reis, IV #32535 |
| Jayson A. Watkins #61434 | Amy L. Nixon #53233 |
| BROWN & ASSOCIATES LLC | LITTLER MENDELSON, P.C. |
| 301 S. US 169 Highway | One Metropolitan Square |
| Gower, MO 64454 | 211 North Broadway, Suite 1500 |
| Telephone: 816.505.4529 | St. Louis, MO 63102 |
| Facsimile: 816.424.1337 | Telephone: 314.659.2000 |
| brown@brownandwatkins.com | Facsimile: 314.659.2099 |
| watkins@brownandwatkins.com | creis@littler.com |
| | anixon@littler.com |
| Attorneys for Plaintiff Laron Dawn | Attorneys for Defendant HVM L.L.C., d/b/a EXTENDED STAY AMERICA |